```
PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00102-ADA-BAM |
|---|---|
| Plaintiff, | |
| v. | MOTION AND ORDER TO UNSEAL REDACTED SUPERSEDING INDICTMENT |
| DONNELL MAYS, EBONY LAMBERT, ARTURO MADRID, ANDREW MADRID, ANDREW RODRIGUEZ, and OLEG ARREOLA, | |
| Defendants. | |

The Superseding Indictment in this case, having been sealed by Order of the Court on August 31, 2023, and it appears that a redacted version no longer need remain secret,

//

//

//

//

//

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Stephanie M. Stokman, Assistant United States Attorney, hereby moves that the redacted version of the Indictment in this case, which is attached hereto, and the docket as to defendants Donnell Mays, Ebony Lambert, Arturo Madrid, Andrew Madrid, Andrew Rodriguez, and Oleg Arreola, be unsealed and made public record, and that the unredacted Indictment an otherwise not mentioned defendants remain under seal.

Dated:  September 2, 2023         PHILLIP A. TALBERT
                                  United States Attorney


                         By:  /s/ Stephanie M. Stokman
                              STEPHANIE M. STOKMAN
                              Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>          v.<br><br>DONNELL MAYS,<br>EBONY LAMBERT,<br>ARTURO MADRID,<br>ANDREW MADRID,<br>ANDREW RODRIGUEZ, and<br>OLEG ARREOLA,<br><br>                          Defendants. | CASE NO. 1:23-CR-00102-ADA-BAM<br><br>ORDER TO UNSEAL REDACTED SUPERSEDING INDICTMENT |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that a redacted version of the Superseding Indictment filed on August 31, 2023, and docket as to defendants Donnell Mays, Ebony Lambert, Arturo Madrid, Andrew Madrid, Andrew Rodriguez, and Oleg Arreola, be unsealed and become public record, and that the unredacted Indictment remain under seal.

DATED: 9/5/2023

*Sheila K. Oberto*
HON. SHEILA K. OBERTO
U.S. MAGISTRATE JUDGE