ROTH LEGAL, A PROFESSIONAL LAW CORPORATION
Ryan Roth
State Bar No. 291844
418 14th St,
Modesto, CA 95354
(209) 222-4447

Attorney for Defendant
OLEG ARREOLA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00102-NODJ-BAM-6 |
|---|---|
| Plaintiff, | STIPULATION AND ORDER REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT AND TO CONTINUE CHANGE OF PLEA |
| v. | |
| OLEG ARREOLA, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Stephanie Stokman, Counsel for Plaintiff and Attorney Ryan Roth, Counsel for Defendant Oleg Arreola, that the current date scheduled for December 6, 2024 be vacated and the date be continued to this Court's calendar 2/24/2025 at 8:30 a.m., or the soonest date thereafter convenient to the Court.

The proposed date of 2/24/2025 is agreeable with Counsel for the Government, Stephanie Stokman and there is no objection to the requested continuance. Additional time is requested for defense counsel to meet with Defendant and Counsel is unavailable as the court rescheduled the previous date.

The parties agree that the delay from this continuance shall be excluded in the interests of justice, and for defense preparation and investigation.

                                              Respectfully Submitted,

Dated: December 1ˢᵗ, 2024                      /s/ Ryan Roth
                                                Ryan Roth
                                                Attorney for Defendant,
                                                Oleg Arreola

Dated: : December 2ⁿᵈ, 2024                 /s/ Stephanie Stokman
                                                Stephanie Stokman
                                                Assistant United States Attorney
                                                Attorney for Plaintiff

## **ORDER**

IT IS SO ORDERED that the change of plea hearing is continued from December 2, 2024, to **February 24, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv). The Court also sets a status conference for **January 22, 2025, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. If the parties file the plea agreement in advance of January 22, 2025, the Court will vacate the status conference.

IT IS SO ORDERED.

Dated:  **December 3, 2024**             /s/ Barbara A. McAuliffe
                                                UNITED STATES MAGISTRATE JUDGE