1  ROTH LEGAL, A PROFESSIONAL LAW CORPORATION
   Ryan Roth
2  State Bar No. 291844
   418 14th St,
3  Modesto, CA 95354
   (209) 222-4447
4

5  Attorney for Defendant
   OLEG ARRELANO
6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,           Case No.  1:23-cr-00102-TLN

12         Plaintiff,

13      v.                              STIPULATION AND ORDER TO
                                        CONTINUE SENTENCING
14  OLEG ARRELANO,

15         Defendant.

16

17

18         IT IS HEREBY STIPULATED by and between Assistant United States Attorney

19  Stephanie Stokman, Counsel for Plaintiff and Attorney Ryan Roth, Counsel for Defendant Oleg

20  Arrelano, that the sentencing date scheduled for September 22nd, 2025 at 9:30 a.m. be vacated and

21  the sentencing date be continued to this Court's calendar December 1st 2025 at 9:30 a.m., or the

22  soonest date thereafter convenient to the Court.

23         The proposed date of December 1st 2025 is agreeable with Counsel for the Government,

24  Stephanie Stokman and there is no objection to the requested continuance.  Additional time is

25  requested for defense counsel's review of the Presentencing Report, interview with the defendant

26  and the government, and filings to follow.

27

28

                                        1

Respectfully Submitted,

Dated: September 17, 2025                              /s/ Ryan Roth
                                                      Ryan Roth
                                                      Attorney for Defendant,
                                                      Oleg Arrelano

Dated: September 17, 2025                              /s/ Stephanie Stokman
                                                      Stephanie Stokman
                                                      Assistant United States Attorney
                                                      Attorney for Plaintiff

**ORDER**

GOOD CAUSE APPEARING, based on the stipulation of the parties, IT IS THE ORDER

of the Court that the current September 22, 2025, sentencing date for Oleg Arrelano is hereby

vacated and reset to December 1st, 2025, at 9:30 a.m. in Courtroom 5.

Dated: September 18, 2025

_____
Troy L. Nunley
Chief United States District Judge