1  ROTH LEGAL, A PROFESSIONAL LAW CORPORATION
   Ryan Roth
2  State Bar No. 291844
   418 14th St,
3  Modesto, CA 95354
   (209) 222-4447
4

5  Attorney for Defendant
   OLEG ARREOLA

6

7

8                    UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            Case No. 1:23-cr-00102-TLN-BAM

12                Plaintiff,

13        v.                              STIPULATION AND ORDER TO
                                          CONTINUE SENTENCING
14  OLEG ARREOLA,

15                Defendant.

16

17

18        IT IS HEREBY STIPULATED by and between Assistant United States Attorney Cody

19  Chapple, Counsel for Plaintiff and Attorney Ryan Roth, Counsel for Defendant Oleg Arreola, that

20  the sentencing date scheduled for Dec 1st, 2025 at 9:30 a.m. be vacated and the sentencing date be

21  continued to this Court's calendar January 12th 2026 at 9:30 a.m., or the soonest date thereafter

22  convenient to the Court.

23        The proposed date of January 12th, 2026 is agreeable with Counsel for the Government,

24  Cody Chapple and there is no objection to the requested continuance. Additional time is

25  requested for defense counsel's final preparation issues for sentencing Mr. Arreola.

26        The parties agree that the delay from this continuance shall be excluded in the interests of

27  justice, and for defense preparation.

28

                                         1

                                                  Respectfully Submitted,

Dated: November 26th, 2025　　　　　　　/s/ Ryan Roth
　　　　　　　　　　　　　　　　　　　　Ryan Roth
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant,
　　　　　　　　　　　　　　　　　　　　Oleg Arreola

Dated: November 26, 2025　　　　　　　　/s/ Cody Chapple
　　　　　　　　　　　　　　　　　　　　Cody Chapple
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

## **ORDER**

GOOD CAUSE APPEARING, based on the stipulation of the parties, IT IS THE ORDER of the Court that the current December 1st, 2025 sentencing date for Oleg Arreola is hereby vacated and reset to January 12th, 2026 at 9:30 a.m.

Dated: November 26, 2025

_____
Troy L. Nunley
Chief United States District Judge