ERIC GRANT
United States Attorney
CODY S. CHAPPLE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OLEG ARREOLA<br><br>Defendants. | CASE NO. 1:23-CR-00102-TLN-BAM<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING; ORDER** |

The parties stipulate as follows:

1. A federal grand jury charged defendant Oleg Arreola on August 31, 2023, in a superseding indictment for being a felon in possession of a firearm. On October 21, 2024, signed a plea agreement and pled guilty to the single count on February 24, 2025.

2. The sentencing hearing was continued once at the request of Probation and twice by stipulation of the parties.

3. Now, the parties have met and conferred and agreed to one last final continuance of the sentencing hearing to further provide the defendant with reasonable time necessary for effective

///

///

///

1

1  preparation. The parties agreed to continue the hearing to March 9, 2026, at 9:30 am before District Judge
2  Troy L. Nunley.
3        IT IS SO STIPULATED.

Dated: January 7, 2026

ERIC GRANT
United States Attorney

*/s/ Cody Chapple*
Cody Chapple
Assistant United States Attorney

Dated: January 7, 2026

*/s/ Ryan Roth*
Ryan Roth
Law Offices of Ryan Roth
Counsel for OLEG ARREOLA

# ORDER

The Court has read and considered the parties' stipulation to continue the sentencing hearing. The Court finds there is good cause for the continuance so as to allow the defendant reasonable time to prepare for sentencing.

Therefore, for good cause shown:

1. The sentencing hearing is continued from January 12, 2026, until **March 9, 2026, at 9:30 a.m. in Courtroom 5 before Chief District Judge Troy L. Nunley**.

IT IS SO ORDERED.

DATED: January 7, 2026

_____
Troy L. Nunley
Chief United States District Judge

1